## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

MARTI L. ROWE,

                Plaintiff,

-vs-                                            Case No.  2:09-cv-588-FtM-36SPC

UNITED PARCEL SERVICE, INC., MIKE
MARTELL, individually and as employee of UPS,

                Defendants.
_____

## ORDER

This matter comes before the Court on Defendants' Unopposed Motion for Extension of Trial Deadlines (Doc. #30) filed on August 9, 2010. The Parties request a 90-day extension of all trial deadlines. This case remains in the early pleading stages, making it difficult for the parties to complete discovery by the current deadline. Thus, for good cause shown the Motion is due to be granted. Accordingly, it is now

    **ORDERED:**

(1) Defendants' Unopposed Motion for Extension of Trial Deadlines (Doc. #30) is **GRANTED**.

(2) The deadlines in this case are amended as follows:

| | |
|---|---|
| **Disclosure of Expert Reports**    Plaintiff:<br>Defendant: | SEPTEMBER 29, 2010<br>NOVEMBER 1, 2010 |
| **Discovery Deadline** | **NOVEMBER 30, 2010** |
| **Dispositive Motions, *Daubert*, and *Markman* Motions** | **DECEMBER 30, 2010** |

| **Meeting *In Person* to Prepare Joint Final Pretrial Statement** | **MARCH 14, 2011** |
|---|---|
| **Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form** | **MARCH 28, 2011** |
| **All Other Motions Including Motions *In Limine*, Trial Briefs** | **MARCH 28, 2011** |
| **Final Pretrial Conference** | Date:   APRIL 18, 2011<br>Time:   1:30 P.M.<br>Judge:  Charlene Edwards Honeywell |
| **Trial Term Begins** | **MAY 2, 2011** |

**DONE AND ORDERED** at Fort Myers, Florida, this   11th   day of August, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record